**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**ARMONE PRIDE**                                                                                   **PLAINTIFF**
**ADC #110996**

**V.**                               **CASE NO.: 4:10CV00251 JMM/BD**

**PULASKI COUNTY SHERIFF DEPARTMENT, et al.**          **DEFENDANTS**


**RECOMMENDED DISPOSITION**

**I.**      **Procedures for Filing Objections**

The following recommended disposition has been sent to United States District

Judge James M. Moody.  Any party may serve and file written objections to this

recommendation.  Objections should be specific and should include the factual or legal

basis for the objection.  If the objection is to a factual finding, specifically identify that

finding and the evidence that supports your objection.  An original and one copy of your

objections must be received in the office of the United States District Court Clerk no later

than fourteen (14) days from the date of this recommendation.  A copy will be furnished

to the opposing party.  Failure to file timely objections may result in a waiver of the right

to appeal questions of fact.

Mail your objections and request for a hearing to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

II.     **Background**

On April 19, 2010, Plaintiff brought this action pro se under 42 U.S.C. § 1983 and

submitted an application for leave to proceed *in forma pauperis*.  (Docket entries #1 and

2)  On April 23, 2010, the Court granted Plaintiff's application to proceed *in forma*

*pauperis*, but ordered Plaintiff to file an Amended Complaint within thirty days.  (#3)

Although Plaintiff had attempted to state a deliberate indifference claim in his original

Complaint, the Court determined that Plaintiff had failed to allege – as required in claims

of this kind – that the named Defendants were aware of his serious medical needs, or

what injury, if any, he had suffered as a result of the Defendants' conduct.

Plaintiff has failed to submit an Amended Complaint as ordered, and the time to do

so has passed.  Plaintiff was notified that his failure to respond to the Court's order could

result in the dismissal of his claims without prejudice.  (#3)  At this time, Plaintiff's

claims should be dismissed without prejudice for failure to abide by the Court's order.

See Local Rule 5.5(c)(2).

III.    **Conclusion**

Based upon Plaintiff's failure to comply with this Court's Order, the Court

recommends that Plaintiff's claims be DISMISSED without prejudice.

DATED this 27th day of May, 2010.

_____
UNITED STATES MAGISTRATE JUDGE