IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ARMONE PRIDE**                                                                                                    **PLAINTIFF**
**ADC #110996**

**V.**            **CASE NO.: 4:10CV00251 JMM/BD**

**PULASKI COUNTY SHERIFF DEPARTMENT, et al.**                         **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the recommendation, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Plaintiff's Complaint (docket entry #2) is DISMISSED without prejudice, under Local Rule 5.5(c)(2), for failure to comply with the Court's Order of April 23, 2010 (#3).

IT IS SO ORDERED this   21   day of   June  , 2010.

_____
UNITED STATES DISTRICT JUDGE