## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**ARMONE PRIDE**                                                                 **PLAINTIFF**
**ADC #110996**

**V.**             **CASE NO.: 4:10CV00251 JMM/BD**

**PULASKI COUNTY SHERIFF DEPARTMENT, et al.**           **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this   21   day of   June  , 2010.


_____
UNITED STATES DISTRICT JUDGE